United States Bankruptcy Court

Northern District of Texas

In re:                                                Case No. 21-42474-mxm

Marisa Nicole Herzer                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                         User: admin                        Page 1 of 3

Date Rcvd: Jun 12, 2026                  Form ID: pdf016                    Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marisa Nicole Herzer, 2502 Portland Drive, Arlington, TX 76018-1937 |
| 19531430 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19531443 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19531441 | + | Mark B. French, 1901 Central Drive, Suite 704, Bedford, Texas 76021-5857 |
| 19531446 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19531451 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19533485 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2026 02:29:22 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19546077 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2026 02:30:25 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19531429 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 13 2026 02:19:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 19531432 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 13 2026 02:51:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19540312 | + | Email/Text: BKPT@cfna.com | Jun 13 2026 02:19:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 19531431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19545653 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19531433 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:29:27 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 19562933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:30:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19531434 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2026 02:25:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 19531435 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2026 02:25:00 | Comenitycapital/acadmy, Attn: Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 19531436 | + | Email/Text: BKPT@cfna.com | Jun 13 2026 02:19:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |

District/off: 0539-4                          User: admin                                    Page 2 of 3

Date Rcvd: Jun 12, 2026                       Form ID: pdf016                                Total Noticed: 43

| | | | |
|---|---|---|---|
| 19531437 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2026 02:23:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19853796 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2026 02:50:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 21047316 | + Email/Text: noticingcenter@lcsfin.com | Jun 13 2026 02:25:00 | LCS Capital, LLC, C/O LCS Financial Services Corporation, 6782 S. Potomac St. Suite #100, Centennial, CO 80112-8000 |
| 19531439 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19531440 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19531442 | Email/Text: EBN@Mohela.com | Jun 13 2026 02:21:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 19539522 | Email/Text: EBN@Mohela.com | Jun 13 2026 02:21:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 19531444 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 13 2026 02:30:34 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 19531445 | + Email/Text: recovery@paypal.com | Jun 13 2026 02:19:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19563932 | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2026 02:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 19563931 | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2026 02:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 19532097 | + Email/Text: bankruptcy@regionalmanagement.com | Jun 13 2026 02:20:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD SUITE B, 979 BATESVILLE ROAD SUITE B, GREER, SC 29651-6819 |
| 19531447 | + Email/Text: bankruptcy@regionalmanagement.com | Jun 13 2026 02:20:00 | Regional Fin, 840 Secretary Drive, Arlington, TX 76015-1640 |
| 19565632 | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 13 2026 02:51:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 19531449 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 13 2026 02:20:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19531450 | + Email/Text: jaxbanko@td.com | Jun 13 2026 01:57:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 19535188 | + Email/Text: jaxbanko@td.com | Jun 13 2026 01:57:00 | TD Auto Finance LLC, P.O. Box 551080, Jacksonville, FL 32255-1080 |
| 19535187 | ^ MEBN | Jun 13 2026 01:59:04 | TD Auto Finance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 19562378 | + Email/Text: bncmail@w-legal.com | Jun 13 2026 02:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 19531448 | + Email/Text: bncmail@w-legal.com | Jun 13 2026 02:24:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 19531452 | ^ MEBN | Jun 13 2026 01:59:46 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19531453 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 13 2026 02:47:00 | UNITED STATES TRUSTEE, 1100 |

| | | | COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
|---|---|---|---|
| 19569312 | + Email/Text: Webcollex@ebn.phinsolutions.com | | |
| | | Jun 13 2026 02:49:42 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 19531454 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Jun 13 2026 02:30:19 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 19541294 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Jun 13 2026 02:29:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19531438 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |
| 19569313 | *+ | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Marisa Nicole Herzer clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel (NRH) | officeadmin@ch13ftw.com |
| Stephen Wilcox | on behalf of Creditor TD Auto Finance LLC kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Marisa Nicole Herzer warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE TIM TRUMAN |
| TIM TRUMAN AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| PAM BASSEL | § | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF**
**SUCCESSOR CHAPTER 13 STANDING TRUSTEE**

NOTICE IS HEREBY GIVEN THAT:

1.  Tim Truman, Chapter 13 Standing Trustee, ("Trustee Truman") has resigned from all of his Northern District of Texas cases effective 11:59 p.m. on June 4, 2026.

2.  The United States Trustee, having accepted Trustee Truman's resignation, has appointed, under 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Pam Bassel as the successor Chapter 13 Standing Trustee ("Pam Bassel, Chapter 13 Trustee") for the Northern District of Texas, Ft. Worth Division, effective June 5, 2026, in all of Trustee Truman's open chapter 13 cases. (All of Trustee Truman's open chapter 13 cases are defined as "Truman Open Chapter 13 Cases.")

3.  Effective June 5, 2026, the United States Trustee, in accordance with 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, has transferred and assigned all Truman Open Chapter 13 Cases, to:

Pam Bassel, Trustee
Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Ste. 300
North Richland Hills, TX 76180

1

4. The bond for Pam Bassel, Chapter 13 Trustee, is fixed under the general blanket bond authorized by the United States Trustee under 11 U.S.C. § 322 and Fed. R. Bankr. P. 2010(a).

5. In accordance with Fed. R. Bankr. P. 2012(b), Pam Bassel, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Truman's Open Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Truman's Open Chapter 13 Cases within 30 days of the effective date of the transfer of each case.

SIGNED this the 9th day of June.

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6
NORTHERN AND EASTERN DISTRICTS OF TEXAS

By: */s/ Lisa L. Lambert*
Lisa L. Lambert
United States Trustee
Texas State Bar No. 11844250
1100 Commerce, Room 976
Phone: (214) 767-8967

2