**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS 76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:21-42474-MXM** |
| | § | |
| **MARISA NICOLE HERZER** | § | **CHAPTER 13** |
| | § | **JUDGE MARK X MULLIN** |
| **DEBTOR** | § | |
| | § | |

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

According to the records of the Chapter 13 Trustee the Debtor has completed all payments to the Trustee under the confirmed chapter 13 plan.

Debtor has 21 days to file a Certification and Motion for Entry of the Chapter 13 Discharge, if eligible.

*/s/ Pam Bassel*
Pam Bassel, Trustee
State Bar # 01344800
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Completion of Chapter 13 Plan Payments to Trustee" was served on the parties listed below in the manner listed below on or before 11/24/2026.

**BY FIRST CLASS MAIL:**
MARISA NICOLE HERZER, 2502 PORTLAND DR, ARLINGTON, TX 76018-0000

**ELECTRONIC SERVICE:**
MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX 76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
WILCOX LAW FIRM PLLC, PO BOX 201849, ARLINGTON, TX 76006
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Pam Bassel
Pam Bassel, Trustee
State Bar # 01344800